# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:

ANTHONY STEWART
aka ANTHONY MICHAEL STEWART,   Case No. 6:23-bk-02588-TPG
                                Chapter 7 Case

      Debtor.
_____ /

PATRICIA BARBOUR,

      Plaintiff,

v.                              Adv. No.: 6:23-ap-00121-TPG

ANTHONY STEWART,

      Defendant.
_____ /

## JOINT STIPULATION OF UNDISPUTED FACTS[1]

    Plaintiff, Patricia Barbour ("Plaintiff" or Barbour") and Defendant Anthony Stewart ("Defendant" or "Stewart"), file this Joint Stipulation of Facts, and state as follows:

    1.    Barbour is an elderly resident of Washington, DC who has owned her home at 536 24th Street NE for nearly 40 years.

    2.    On February 4, 2019, a fire that began at her neighbor's property spread to Barbour's home, and the fire substantially damaged her residence, rendering the home uninhabitable and Barbour homeless.

3. On October 12, 2019, Barbour entered into the home improvement contract (the "Contract") with Stewart and his company, Shawnashti Contracting LLC, as contractor, to renovate and repair her home.

4. The Contract provided that Barbour would pay Stewart in advance to complete the renovation on Barbour's home in three installments as three phases of work were completed.

5. The total Contract price for all renovations to Barbour's home was $110,000.

6. The Contract provided that all plumbing and electrical work, construction materials (including framing, drywall, plaster and mud finishing), flooring material and labor were included in the Contract price and to be provided by Stewart.

7. Barbour's responsibilities under the Contract included purchasing or supplying kitchen cabinets, a refrigerator, stove, washer/dryer, and fixtures for both bathrooms, including toilets, and sinks and vanities.

8. Barbour filed a lawsuit against Stewart and his company, Shawnashti Contracting LLC, in the Superior Court for the District of Columbia Civil Division ("D.C. Superior Court") on August 10, 2022, alleging breach of contract and various claims under the D.C. Consumer Protection Procedures Act, D.C. Code §§ 28-3901-3913, including misrepresentation of services certification and material fact.

9. An answer to the DC Complaint was filed by Stewart as a pro se defendant.

10. On November 18, 2022, Stewart appeared for an initial scheduling conference at the DC Superior Court and indicated that he intended to obtain counsel for himself and Shawnashti Contracting LLC.

Case 6:23-ap-00121-TPG    Doc 37    Filed 08/05/24    Page 3 of 4


11. Based on Stewart's representations, the D.C. Superior Court set a status hearing for March 17, 2023, at which Stewart failed to appear.

12. Because Stewart failed to appear, and no counsel had entered an appearance on behalf of Shawnahsti Contracting LLC, the D.C. Superior Court issued an order entering a default against both Stewart and Shawnashti.

13. Barbour thereafter filed a motion for default judgment on April 24, 2023.

14. An *ex parte* proof hearing took place on May 12, 2023, at which Barbour provided proof of the damages suffered as a result of Stewart's and his company's violations of D.C. law.

15. In its Order dated May 15, 2023, the D.C. Superior Court granted Barbour's motion for default judgment, and determined that Barbour adequately demonstrated that Stewart and Shawnashti Contracting LLC were unlicensed home improvement contractors.

16. The D.C. Superior Court also declared the Contract void and unenforceable, required Stewart and Shawnashti Contracting LLC to disgorge and remit to Barbour the $102,000 she had paid under the Contract, and awarded treble damages to Barbour pursuant to D.C. Code § 28-3905(k)(2).

17. The D.C. Superior Court also enjoined Stewart and Shawnashti Contracting LLC from engaging in unlawful trade practices in the District of Columbia.

18. Also, pursuant to the Order dated May 15, 2023, Stewart and Shawnashti Contracting LLC were determined to be jointly and severally liable for damages due to Barbour in a total amount of $306,000.

19. After the Order was entered and judgment was rendered and Barbour was awarded the aforementioned damages, Stewart filed for Chapter 7 in this Court on June 30, 2023, however,

prior to the entry of the judgment in the DC Superior Court, Stewart had engaged counsel to file a petition for bankruptcy on his behalf.

| HOLLAND & KNIGHT LLP<br><br>/s/ *Edward Fitzgerald*<br>Edward M. Fitzgerald, Esq.<br>FL Bar Number: 010391<br>200 S. Orange Avenue, Suite 2600<br>Orlando, FL 32801<br>Telephone: (407) 425-8500<br>Facsimile: (407) 244-5288<br>E-mail: edward.fitzgerald@hklaw.com<br><br>and<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>/s/ *Kevin Paulsen*<br>Kevin M. Paulsen, Esq.<br>D.C. Bar Number: 144366<br>2001 K Street NW<br>Washington, DC 20006<br>Telephone: (202) 887-4155<br>Facsimile: (202) 887-4288<br>Email: kpaulsen@akingump.com<br>Attorney for Patricia Barbour | ANTHONY MICHAEL STEWART<br><br>/s/ *Anthony Michael Stewart*<br>Anthony Michael Stewart (Pro Se)<br>711 Toltec Place<br>Kissimmee, FL 34758<br>Phone: (240) 615-9576 |
|---|---|